CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

COURTNEY M. COATES (SBN: 203448)
ccoateslaw@gmail.com
LAW OFFICES OF COURTNEY M. COATES
One Better world Circle, Suite 100
Temecula, CA 92590
Telephone: (951) 595-8118
Facsimile: (951) 296-2186
Attorney for Defendant
Unity Investment Team, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITY INVESTMENT TEAM, LLC, a California Limited Liability Company; CELINA LOPEZ LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-CV-03716-JAK-KS<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: October 21, 2016			CENTER FOR DISABILITY ACCESS

						By: /s/ Phyl Grace
							Phyl Grace
							Attorneys for Plaintiff

Dated: October 21, 2016			LAW OFFICES OF COURTNEY M. COATES

						By: /s/ Courtney M. Coates
							Courtney M. Coates
							Attorney for Defendant
							Unity Investment Team, LLC

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Courtney M. Coates, counsel for Unity Investment Team, LLC, and that I have obtained Mr. Coates's authorization to affix his electronic signature to this document.

Dated: October 21, 2016              CENTER FOR DISABILITY ACCESS

                                         By: /s/ Phyl Grace
                                                    Phyl Grace
                                                    Attorney for Plaintiff