CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

COURTNEY M. COATES (SBN: 203448)
ccoateslaw@gmail.com
LAW OFFICES OF COURTNEY M. COATES
One Better world Circle, Suite 100
Temecula, CA 92590
Telephone: (951) 595-8118
Facsimile: (951) 296-2186
Attorney for Defendant, Unity Investment Team, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNITY INVESTMENT TEAM, LLC, a California Limited Liability Company; CELINA LOPEZ LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 2:16-CV-03716-JAK-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 24, 2016         CENTER FOR DISABILITY ACCESS

                                                           By: /s/ Phyl Grace
                                                              Phyl Grace
                                                              Attorneys for Plaintiff

Dated: November 24, 2016         LAW OFFICES OF COURTNEY M. COATES

                                                           By: /s/ Courtney M. Coates
                                                              Courtney M. Coates
                                                              Attorney for Defendant
                                                              Unity Investment Team, LLC

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Courtney M. Coates, counsel for Unity Investment Team, LLC, and that I have obtained Mr. Coates's authorization to affix his electronic signature to this document.

Dated: November 24, 2016        CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff